

**RUPP BAASE PFALZGRAF CUNNINGHAM LLC ATTORNEYS**

1600 Liberty Building, 424 Main Street, Buffalo, NY 14202
P 716.854.3400 ◀ www.ruppbaase.com

JOHN R. CONDREN
condren@ruppbaase.com

March 11, 2015

<u>Via Fax - 585-613-4325 Only</u>

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Dear Judge Wolford:

    Re:  <u>Almonte v. Averna</u>
           Index No.: 1:11-cv-01088-EAW-HKS
           Our File No.: 0004.8171

    This office is currently counsel of record for defendant, Alverna Vision & Robotics, Inc. ("Alverna"). Pursuant to the Court's text order entered February 12, 2015, the Court has set oral argument on the summary judgment motions for March 12, 2015 at 10:30 a.m. at the Buffalo, New York courthouse.

    The purpose of this correspondence is to respectfully request an adjournment of the motion hearing. The basis for this request relates to the recent request of Alverna's insurer, Travelers, that the defense be transferred from our firm to the Smith Sovik law firm. As we understand, a substitution of counsel form is being procured by the Smith Sovik firm. However, this has not yet been accomplished. We have contacted plaintiff's attorney, David Addelman, Esq., and he has consented to the adjournment so long as the hearing is rescheduled as soon as practical.

    We thank the Court, in advance, of its consideration of this request.

Respectfully submitted,

John R. Condren

/kl

cc: David Addelman, Esq. (Via Fax - 856-6235 Only)

Eric S. Bernhardt, Esq. (Via Fax - 315-474-6015 Only)
Smith Sovik Kendrick & Sugnet, P.C.

SO ORDERED
ELIZABETH A. WOLFORD
United States District Judge
Date 3-11-15

*Innovation in Practice*

Rochester 300 Powers Building, 16 West Main Street, Rochester, NY 14614 ◀ P 585.381.3400
Lockport 172 East Avenue, Lockport, NY 14094 ◀ P 716.438.0488